# Fourteenth Court of Appeals
## HOUSTON, TEXAS 77002

## RECORDS RETENTION SCHEDULE IN CIVIL CASES

(See Texas Rules of Appellate Procedure; Appendix B )

(Secretary to complete entire top portion at time opinion is delivered — have signed by authoring judge)

CASE NO.: 14-13-00550-CV                                    DATE CASE FILED: June 26, 2013

STYLE: IN RE STATE FARM LLOYDS

COUNTY: Harris                                              TRIAL COURT NO.: 2010-69039

DESCRIPTION/SUBJECT OF CASE: Mandamus

PANEL:   AH          KTF          JD                        PER CURIAM      ✔

AUTHOR: KTF

OPINION ISSUED: August 29, 2013                            OPINION DECISION: Dismissed

RECOMMEND:  DESTROY  ✔   HISTORICAL

COMMENTS:

SIGNED:   /s/ Nina Indelicato, Attorney                            DATE:  August 30, 2013

──────────────────────────**FOR CLERKS USE ONLY**──────────────────────────

MANDATE ISSUED:

LETTER TO STATE ARCHIVES (date):

COMMENTS:

──────────────────────────**FOR CLERKS USE ONLY**──────────────────────────

(Dispose of 10 years after final disposition)

DATE DESTROYED:

DATE SENT TO STATE ARCHIVES FOR PERMANENT RETENTION: